# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-00198-01-CR-W-NKL |
| KEVIN RELEFORD, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah Hays, to which no objection has been filed, the pleas of guilty to the Indictment is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

September 11, 2006
Kansas City, Missouri